COOLEY TRADING COMPANY, INC., Respondent, *v.* SAMUEL R. GOETZ, Appellant.

(Argued September 28, 1936; decided September 30, 1936.)

*Edward C. Schlenker* for motion.

*Jules C. Randal* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless undertaking is given and filed and return is filed and served and appellant pays ten dollars costs within ten days, in which event the motion is denied.